

# NIXON PEABODY LLP

ATTORNEYS AT LAW
Clinton Square
P.O. Box 31051
Rochester, New York 14603-1051
(585) 263-1000
Fax: (585) 263-1600
Direct Dial: (585) 263-1087
Direct Fax: (866) 947-0571
E-Mail: cdthomas@nixonpeabody.com

U.S. [illegible] E.D.N.Y.

☆ SEPT 14 2005 ☆

BROOKLYN OFFICE

September 6, 2005

Application granted.
So Ordered.

s/Robert Levy

9/6/05

BY FAX (718-260-2647)

Hon. Robert M. Levy
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Karanja Gacuca v. Continental Airlines, Inc. d/b/a Continental Airlines*
05-CV-2094(JG)(RML)
Initial Conference September 7, 2005

Dear Magistrate Judge Levy:

I represent Defendant Continental Airlines, Inc. in regard to the above referenced matter. The initial conference is scheduled before you tomorrow, September 7, 2005 at 11:15 a.m. By this letter I am requesting your permission to appear by conference call. I have spoken to Brian Sher, plaintiff's attorney, who advises me that he has no objection to my appearing by conference call.

Please advise if this is acceptable to the Court.

Very truly yours,

Christopher D. Thomas

CDT/nb
Enclosure

cc: Brian M. Sher, Esq.

R873597.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · MANCHESTER, NH · MCLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PHILADELPHIA, PA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC