INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: Gacuca v. Continental   DOCKET NO.: 05-2094

So Ordered:
s/Robert M. Levy
9/7/06

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: Within 60 days (on or before October 19, 2005)

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) _____ and defendant(s) _____

3. Maximum number of requests for admission by: plaintiff(s) 10 and defendant(s) 10

4. Number of depositions by plaintiff(s) of: parties 3 non-parties 1

5. Number of depositions by defendant(s) of: parties 1 non-parties 3

6. Time limits for depositions: on or before 2/28/06

7. Date for completion of factual discovery: on or before 3/31/06

8. Number of expert witnesses of plaintiff(s): 1 medical _____ non-medical

   Date for expert report(s): _____

9. Number of expert witnesses of defendant(s): 1 medical _____ non-medical

   Date for expert report(s): _____

10. Date for completion of expert discovery: on or before 6/30/06

11. Time for amendment of the pleadings by plaintiff(s) _____ or by defendant(s) _____

12. Number of proposed additional parties to be joined by plaintiff(s) _____ and by defendant(s) _____ and time for completion of joinder: _____

13: Types of contemplated dispositive motions:   plaintiff(s): _____
                                                 defendant(s): Summary judgment

14. Dates for filing contemplated dispositive motions:   plaintiff(s): _____
                                                        defendant(s): on or before 7/31/06

15. Does any party object to having this case included in the **Court's Electronic Case Filing Program?**
    X No objection  _____ Objection by __ plaintiff __ defendant

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes __ No __

17. This case should be ordered to arbitration at the close of discovery _____ (yes/**no**)
    This case should be ordered to mediation (now or at a later date) _____ (yes/**no**)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

F I L E D
U.S. ___ ___ ___ ___ D.N.Y.
★ SEPT 14 2005 ★
BROOKLYN OFFICE