UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KARANJA GACUCA,

                       Plaintiff,

    -against-

CONTINENTAL AIRLINES, INC. d/b/a
CONTINENTAL AIRLINES,

                     Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV- 2094 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2006 ★
**BROOKLYN OFFICE**

       An Order of Honorable John Gleeson, United States District Judge, having been filed on June 27, 2006, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated June 2, 2006; and dismissing the action for failure to prosecute, without prejudice to reinstatement in the event plaintiff contacts the court within 45 days of the date of the order and requests that this case be allowed to proceed; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; and that the action is dismissed for failure to prosecute, without prejudice to reinstatement in the event plaintiff contacts the court within 45 days of the date of the order and requests that this case be allowed to proceed.

Dated: Brooklyn, New York
       June 28, 2006

                                                     s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court